# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY R. SHARROCK, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-22-137-AMG |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation on April 21, 2022, wherein she recommended the court deny plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. In addition, Magistrate Judge Green recommended the court dismiss plaintiff's action without prejudice to refiling if he does not pay the $402.00 filing fee in full within 21 days of any order adopting the Report and Recommendation. Magistrate Judge Green advised plaintiff of the right to file an objection to the Report and Recommendation on or before May 5, 2022 and specifically advised plaintiff that failure to make a timely objection to the Report and Recommendation waives the right to appellate review of both factual and legal issues therein contained.

To date, no objection has been filed, and no request for an extension of time to file an objection has been filed. With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation (doc. no. 5) issued by United States Magistrate Judge Amanda Maxfield Green on April 21, 2022 is **ACCEPTED**,

**ADOPTED**, and **AFFIRMED**.  Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (doc. no. 2) is **DENIED**.  Plaintiff is **DIRECTED** to pay the $402.00 filing fee in full within 21 days of the date of this order.  Failure to comply shall result in the dismissal of this action without prejudice to refiling.

    IT IS SO ORDERED this 16th day of May, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

M-22-137-AMG.docx